IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bodzin, Neil A

Printed: 10/23/07

Case Number: 07 B 12124
Judge: Goldgar, A. Benjamin
Filed: 7/6/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 11, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dennis G Knipp | Administrative | 1,500.00 | 0.00 |
| 2. | Cook County Treasurer | Secured | 2,760.89 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 54,204.95 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 3,240.57 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 76.79 | 0.00 |
| 6. | Illinois Dept of Revenue | Unsecured | 52.02 | 0.00 |
| 7. | Aspirus Wausau Hospital | Unsecured | 189.50 | 0.00 |
| 8. | Internal Revenue Service | Priority |  | No Claim Filed |
| 9. | Maureen Meersman | Unsecured |  | No Claim Filed |
| 10. | ALC Laboratories | Unsecured |  | No Claim Filed |
| 11. | Harris & Harris | Unsecured |  | No Claim Filed |
| 12. | Center Of Brain And Spine Surgery | Unsecured |  | No Claim Filed |
| 13. | Parkside Magnetic Resonance | Unsecured |  | No Claim Filed |
| 14. | Morton Grove Dental Assoc | Unsecured |  | No Claim Filed |
| 15. | Nicor Gas | Unsecured |  | No Claim Filed |
| 16. | Pain Care Consultants | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 62,024.72 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bodzin, Neil A

Printed: 10/23/07

Case Number: 07 B 12124
Judge: Goldgar, A. Benjamin
Filed: 7/6/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Denise Ashley*